# United States District Court
## Violation Notice

M053

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 3716201 | Mawdod | 12 |

3716201

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 7/3/12 7:57A
Offense Charged: NSABS5W

Place of Offense: I-LJT NSA Bethesda

Offense Description; Factual Basis for Charge: Vehicle parked in red permit parking w/o display HAZMAT ☐

### DEFENDANT INFORMATION

Last Name: Barry
First Name: Richard
MI: J

Tag No: 640985   State: VA

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 25 Forfeiture Amount
+ $25 Processing Fee
PAY THIS AMOUNT → $ 50 Total Collateral Due

### YOUR COURT DATE

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

(Rev. 01/2011)   Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 7/3/12 while exercising my duties as a law enforcement officer in the South District of MD

The foregoing statement is based upon:
☑ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 7/3/12
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident